DECHERT

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax

**Randy M. Mastro**
*Partner*

randy.mastro@dechert.com
+1 212 641 5619 Direct
+1 212 698 3599 Fax

October 28, 2026

**VIA ECF**

United States District Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: *HeliFlite Shares, LLC v. Town of East Hampton, et al.*, Civil Action No. 26-cv-6936—Emergency Application by Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction**

To the Judge Assigned to this Case:

I write on behalf of Plaintiff HeliFlite Shares, LLC (“HeliFlite”), which today has filed an application by proposed order to show cause for a temporary restraining order and preliminary injunction against the Town of East Hampton, the Town Board, and Kathee Burke-Gonzalez in her official capacity as Town Supervisor (collectively, the “Town”). I write to request the opportunity to appear before the Court at its earliest convenience to be heard on the need for an emergency temporary restraining order to maintain the *status quo* for HeliFlite’s operations at East Hampton Town Airport and restrain the Town from altering HeliFlite’s operations there during the pendency of this application. The Town’s counsel, who asked us to advise the Court he also requests the opportunity to be heard on the TRO, refused our request to maintain the status quo for HeliFlite, pending that hearing. The Town is poised to have the terminal operator of the terminal out of which HeliFlite operates evicted as early as tomorrow, so time is of the essence. I will be traveling to the courthouse from Manhattan, so I respectfully request as prompt a hearing on the TRO as the Court can accommodate on at least two hours’ notice. As always, I appreciate the Court’s consideration of this request.

Respectfully,

*/s/ Randy M. Mastro*

Randy M. Mastro

cc: Jake Turner, Esq. (East Hampton Town Attorney) (via ECF and email)